IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| Ruben Gonzalez | * | |
| | * | |
| | * | |
| Debtor | * | Bankruptcy No. 13-30111 |

**AMENDED**
**SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) & SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

Attached hereto and made a part hereof is the Debtor's Amended SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) & SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S), where income and expenses are updated..

DATED this the ___16___ day of ___April___, 2013.

Respectfully submitted,

Ruben Gonzalez

EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
Attorneys for Debtor
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300
tanzy.borrego@566-plan.com

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument via electronic means as listed on the court's ECF noticing system or by regular first class mail to all listed below on this the ____16____ day of ____April____, 2013.

U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

Stuart C. Cox, Chapter 13 Trustee
1760 N. Lee Trevino
El Paso, TX 79936

Ruben Gonzalez
3309 Scarlet Point Dr.
El Paso, TX 79938

_____
EDGAR J. BORREGO
MIGUEL A. FLORES

B6I (Official Form 6I) (12/07)
In re  **Ruben Gonzalez**                                          Case No. **13-30111**
                                     Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE ||
|---|---|---|
| Married | RELATIONSHIP(S): Mother | AGE(S): 78 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Representative | Mortgage Loan Processor |
| Name of Employer | Dalton's Club Marketing Services, Inc. | Capital Bank as Strategic Mortgage |
| How long employed | 1 month | 7 months |
| Address of Employer | (972) 296-6630<br>5661 Mariner<br>Dallas, TX 75237 | (915) 203-0270<br>8700 Montana<br>El Paso, TX 79925 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,791.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,791.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ 519.00 | $ 0.00 |
|   b. Insurance | $ 0.00 | $ 0.00 |
|   c. Union dues | $ 0.00 | $ 0.00 |
|   d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 519.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,272.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **wifes net $2084** | $ 2,084.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,084.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,356.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 4,356.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **American Merchandising Specialist $26 gross mo, $24 mo net taxes $2, Cyber Group mo gross $196, mo net $185, $11 Taxes, Chanel Partners mo gross $683, mo net $650, Taxes $33, Action Link mo gross mo $412, mo net, $379, taxes $33, Omega Solutions mo gross $156, mo net $144, taxes $12**

B6J (Official Form 6J) (12/07)

In re **Ruben Gonzalez**            Case No. **13-30111**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 799.00 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | |
|    b. Is property insurance included?    Yes **X**    No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | $ 140.00 |
|                 b. Water and sewer | $ 66.00 |
|                 c. Telephone | $ 0.00 |
|                 d. Other **Phone/Cable** | $ 147.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 525.00 |
| 5. Clothing | $ 75.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 380.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 12.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $ 0.00 |
|           b. Life | $ 132.00 |
|           c. Health | $ 0.00 |
|           d. Auto | $ 138.00 |
|           e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|           (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto | $ 0.00 |
|           b. Other **Wifes Ch. 13 Plan Payment** | $ 375.00 |
|           c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Cells $199, Miscell $108CarMaint $100WorkLunch,EatingOut$200** | $ 732.00 |
|       Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,871.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**None**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 4,356.00 |
| b. Average monthly expenses from Line 18 above | $ 3,871.00 |
| c. Monthly net income (a. minus b.) | $ 485.00 |

4/6/13 PayStub



## New W-2 Reporting of the Cost of Employer-Provided Health Coverage

Under a provision of the 2010 Patient Protection and Affordable Care Act, employers are required to report the aggregate cost of employer-sponsored health coverage provided to the employee on the Form W-2, beginning with the 2012 W-2. Employees who participated in the Insperity Group Health Plan during 2012 will see the aggregate cost of medical coverage reflected in Box 12 of their Form W-2 with a code of DD.

*Please note that the amount reflected on Form W-2 for your coverage is for informational purposes only and is not considered taxable income. Further details related to this Form W-2 and updates related to health care reform are available on the Employee Service Center(sm).*

**Employee:** GONZALEZ, RUBEN ALONSO
**Company:** DALTON'S CLUB MARKETING SERVICES, INC. (2896900)
5661 MARINER DR
DALLAS, TX 75237

**Phone:** (972) 296 6630

**Employee ID:** 1842255
**Pay Date:** 3/29/2013
**PayPeriod:** 3/10/2013 To 3/23/2013
**Pay Frequency:** BiWeekly

**Check #:** 18628681
**Pay Type:** Hourly
**Department:** 2000
**Location:** 0000000DFG

**Gross Earnings:** 1,287.99  **Total Taxes:** 239.38  **Total Deductions:** 0.00  **Net Pay:** 1,048.61

### Current Earnings

| Description | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|
| Rate 1 - Reg | 80.00 | 14.75 | 1,180.00 | 1,770.00 |
| Rate 1 - OT | 4.88 | 22.13 | 107.99 | 110.87 |
| Gross | 84.88 | | 1,287.99 | 1,880.87 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 140.84 | 177.42 |
| SocSec | 79.86 | 116.62 |
| Medicare | 18.68 | 27.28 |
| Total | 239.38 | 321.32 |

### Current Deductions

| Description | Current | YTD |
|---|---|---|
| Pre-Tax | | |
| Total | 0.00 | 0.00 |
| After Tax | | |
| Total | 0.00 | 0.00 |

**Federal Tax Withholding Elections**
Marital Status: Single
Allowances: 1
Additional Withholding: $ 0.00

### YTD Taxable Amounts

| Description | Amount |
|---|---|
| Federal | 1,880.87 |
| Social Security | 1,880.87 |
| Medicare | 1,880.87 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0996 | ########3101 | 35.00 |
| ########0066 | ########4371 | 1,013.61 |

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552



## New W-2 Reporting of the Cost of Employer-Provided Health Coverage

Under a provision of the 2010 Patient Protection and Affordable Care Act, employers are required to report the aggregate cost of employer-